JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KICKAPOO RUN LLC, ) | CASE NO. **SACV 12-1278-DOC(MLGx)** |
| ) | |
| **Plaintiff(s),** ) | |
| ) | **ORDER OF DISMISSAL FOR LACK** |
| v. ) | **OF PROSECUTION** |
| ) | |
| ELECTRONIC MEDICAL SOLUTIONS, ) | |
| ) | |
| **Defendant(s).** ) | |
| ) | |
| _____ ) | |

The Court, having issued an Order to Show Cause on January 23, 2013 as to why this action should not be dismissed for lack of prosecution, with a written response due on January 30, 2013, and no response having been filed with the Court,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: February 13, 2013

_____
DAVID O. CARTER
United States District Judge